UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL GONZALEZ,
                    Petitioner,

v.

UNITED STATES OF AMERICA

**ORDER**

03 Civ. 359 (PGG)

98 Cr. 438 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Petitioner has moved, pursuant to 28 U.S.C. § 2255, to vacate his conviction and sentence for a violation of 18 U.S.C. § 924(c), citing the Supreme Court's decision in <u>United States v. Davis</u>, 139 S. Ct. 2319 (2019). (Dkt. No. 13) Accordingly, the Government is hereby ORDERED to respond to the petition by **April 30, 2020**.

Dated: New York, New York
       April 2, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge